IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| LINDSEY HODGES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO.  1:24-CV-00054-MJT |
| | § | |
| GRASSANO TEXAS, INC., *and* | § | |
| GRASSANO PROPERTIES, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING CASE

On December 10, 2024, the court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial management.  [Dkt. 22].  On January 15, 2025, Judge Hawthorn issued a Report and Recommendation [Dkt. 27], which recommended dismissing the case because Plaintiff Lindsey Hodges failed to prosecute it.

The court reviewed Judge Hawthorn's Report and Recommendation along with the record, pleadings, and all available evidence.  The court affirms that Judge Hawthorn's findings of fact and conclusions of law are correct.  The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed.  *See* 28 U.S.C. § 636(b)(1)(C).

It is, therefore, ORDERED that the Report and Recommendation of the United States Magistrate Judge [Dkt. 27] is ADOPTED.  Accordingly, the present action is DISMISSED.

**SIGNED this 19th day of February, 2025.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge